**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-11-165-5 |
| | § | |
| NATHANIEL GORDON, III | § | |

# O R D E R

The defendant's Motion to Allow Defendant to Travel is granted. The defendant may travel for business to North Miami, Florida on Thursday, May 31, 2012 through Saturday, June 2, 2012. He must provide his pretrial services officer a copy of his itineraries and plane ticket and he must report by telephone and in any other way the pretrial services officer directs within 8 hours of his return.

SIGNED on May 30, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge