## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-165 |
| | § | |
| DIN CHANEY | § | |

**O R D E R**

Din Chaney's Unopposed Motion to Travel is granted. Din Chaney is allowed to travel to Orlando, Florida during the dates of August 8 - August 15, 2012. Chaney must notify the probation officer within 24 hours of returning to Houston.

SIGNED on July 9, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge